```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
VICTOR F. and V.T.F.,                               :
                                                    :
                        Plaintiffs,                 :
                                                    :          24 Civ. 5678 (JPC)
         -v-                                        :
                                                    :             ORDER
AETNA LIFE INSURANCE COMPANY and CANTOR             :
FITZGERALD L.P.,                                    :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties are directed to appear at a telephonic status conference at 1:30 p.m. on July 1, 2025, to discuss the status of this case. The parties should be prepared to update the Court regarding the status of any settlement negotiations and whether this case should be referred for mediation or a settlement conference. Unless the Court orders otherwise, the Court will conduct the conference via Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

    SO ORDERED.

Dated: June 26, 2025  
       New York, New York  
                                      JOHN P. CRONAN  
                              United States District Judge